UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| STACY NELSON,<br><br>                Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. CV-23-60 -GF-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    IT IS ORDERED AND ADJUDGED Accordingly, IT IS ORDERED: 1. The Commissioner's final decision denying Nelson's claim for Title II disability benefits and Title XVI supplemental security income benefits is AFFIRMED. 2. This case is DISMISSED with prejudice. 3. The Clerk of Court is directed to enter judgment accordingly.

    Dated this 16th day of April, 2024.

                                    TYLER P. GILMAN, CLERK

                                    By: /s/ Kelsey H
                                    Kelsey H, Deputy Clerk